**BURSOR & FISHER, P.A.**
Joel D. Smith (State Bar No. 244902)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: jsmith@bursor.com
           bscott@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA ARMAS, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>   v.<br><br>REALPAGE, INC., GREYSTAR REAL ESTATE PARTNERS, LLC,  CH REAL ESTATE SERVICES, LLC, LINCOLN PROPERTY CO., FPI MANAGEMENT, INC., MID-AMERICA APARTMENT COMMUNITIES, INC., AVENUE5 RESIDENTIAL, LLC, EQUITY RESIDENTIAL, ESSEX MANAGEMENT CORPORATION, AVALONBAY COMMUNITIES, INC., CAMDEN PROPERTY TRUST, ESSEX PROPERTY TRUST, INC., THRIVE COMMUNITIES MANAGEMENT, LLC, SECURITY PROPERTIES INC., B/T WASHINGTON, LLC D/B/A BLANTON TURNER, INDEPENDENCE REALTY TRUST, INC., CUSHMAN &AMP; WAKEFIELD, INC., BH MANAGEMENT SERVICES, LLC, and UDR, INC.,<br><br>                            Defendants. | Case No. 4:22-cv-07543-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i) WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL; CASE NO. 4:22-CV-07543

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff hereby dismisses, *without prejudice*, her claims, against Defendant.

Dated:  December 6, 2022        **BURSOR & FISHER, P.A**.

By:   */s/ Brittany S. Scott*
          Brittany S. Scott

Joel D. Smith (State Bar No. 244902)
Brittany S. Scott (State Bar No. 327132)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: jsmith@bursor.com
           bscott@bursor.com

*Attorneys for Plaintiff*